IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jackson, Gwenae

Printed: 01/22/09

Case Number: 08 B 02917
Judge: Squires, John H
Filed: 2/8/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 1, 2008
Confirmed: April 30, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,212.00 |  |
| Secured: |  | 118.96 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,949.45 |
| Trustee Fee: |  | 143.59 |
| Other Funds: |  | 0.00 |
| Totals: | 2,212.00 | 2,212.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,819.00 | 1,949.45 |
| 2. | Wells Fargo Bank | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 332.00 | 17.96 |
| 5. | City Of Chicago | Secured | 405.00 | 21.00 |
| 6. | First Southwestern Financial | Secured | 1,118.21 | 80.00 |
| 7. | Countrywide Home Loans Inc. | Secured | 1,163.44 | 0.00 |
| 8. | Wells Fargo Bank | Secured | 28,423.06 | 0.00 |
| 9. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 10. | Premier Bankcard | Unsecured | 51.09 | 0.00 |
| 11. | US Bank | Unsecured | 37.63 | 0.00 |
| 12. | First Southwestern Financial | Unsecured | 68.91 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 74.82 | 0.00 |
| 14. | AmeriCash Loans, LLC | Unsecured | 232.37 | 0.00 |
| 15. | Peoples Energy Corp | Unsecured | 161.31 | 0.00 |
| 16. | RoundUp Funding LLC | Unsecured | 40.00 | 0.00 |
| 17. | US Bank | Unsecured | 38.14 | 0.00 |
| 18. | City Of Chicago Dept Of Revenue | Unsecured | 53.40 | 0.00 |
| 19. | AmeriCash Loans, LLC | Unsecured | 370.62 | 0.00 |
| 20. | AmeriCash Loans, LLC | Unsecured |  | No Claim Filed |
| 21. | Leading Edge | Unsecured |  | No Claim Filed |
| 22. | HSBC | Unsecured |  | No Claim Filed |
| 23. | HSBC | Unsecured |  | No Claim Filed |
| 24. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 25. | National Service Center | Unsecured |  | No Claim Filed |
| 26. | Marauder Corporation | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Jackson, Gwenae | Case Number: 08 B 02917 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 01/22/09 | Filed: 2/8/08 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Paragon Way Inc | Unsecured | | No Claim Filed |
| 28. | National Quick Cash | Unsecured | | No Claim Filed |
| 29. | Professional Account Management | Unsecured | | No Claim Filed |
| 30. | Premier Credit | Unsecured | | No Claim Filed |
| 31. | Roosevelt University | Unsecured | | No Claim Filed |
| 32. | Saks | Unsecured | | No Claim Filed |
| 33. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 34. | TCF Bank | Unsecured | | No Claim Filed |
| 35. | Tex Collect/Colection Agency | Unsecured | | No Claim Filed |
| 36. | University of Chicago | Unsecured | | No Claim Filed |
| 37. | The Payday Loan Store | Unsecured | | No Claim Filed |
| | | | $ 35,389.00 | $ 2,068.41 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 1.14 |
| 6.5% | 139.70 |
| 6.6% | 2.75 |
| | $ 143.59 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

